IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN ANDERSON,<br><br>        Plaintiff,<br><br>v.<br><br>DIVERSIFIED GAS & OIL CORPORATION,<br><br>        Defendant. | Civil Action No 2:21-cv-01399-CB |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Brian Anderson and Defendant Diversified Gas & Oil Corporation, by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of this case with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| *For Plaintiff*: | *For Defendant:* |
|---|---|
| QUANTRINI RAFFERTY | REED SMITH LLP |
| */s/ Nicholas W. Kennedy*<br>Nicholas W. Kennedy (PA 317386)<br>T:  (724) 552-2727<br>E:  nwk@qrlegal.com | */s/ James A. Holt*<br>James A. Holt (PA 314350)<br>T:  (412) 288-4173<br>E:  jholt@reedsmith.com |
| QUANTRINI RAFFERTY<br>550 E. Pittsburgh St.<br>Greensburg, PA 15601<br>Fax:  (724) 837-1348 | Catherine S. Ryan (PA 78603)<br>T:  (412) 288-4226<br>E:  csryan@reedsmith.com |
| *Counsel for Plaintiff* | REED SMITH LLP<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA  15222<br>Fax:  (412) 288-3063 |
| | *Counsel for Defendant* |

Dated:  February 2, 2022

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 2, 2022 the foregoing *Stipulation for Dismissal with Prejudice* was filed electronically with the Court.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                                  */s/ James A. Holt*
                                                  Counsel for Defendant